**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
~~EASTERN~~ **DIVISION**
NORTHERN

| | | |
|---|---|---|
| **COLONY INSURANCE COMPANY,** | * | RECEIVED |
| | * | |
| **Plaintiff,** | * | 2007 JUL 26  P 3: 42 |
| | * | |
| **v.** | * | Case No. P. HACKETT, CLK |
| | * | U.S. DISTRICT COURT |
| **BIG TIME "WINGS" SPORTS** | * | MIDDLE DISTRICT ALA |
| **GRILL, INC., d/b/a BIGTIME** | * | |
| **WINGZ SPORTS GRILL,** | * | 2:07CV 680 - MEF |
| **STEPHEN BROCK, CHARLES** | * | |
| **W. GOGGINS and CARLOS A.** | * | |
| **ORTEGA, JR.,** | * | |
| | * | |
| **Defendants.** | * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Colony Insurance Company, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| The Argonaut Group | Parent corporation holding 100% of Colony Insurance's stock |

_July 26, 2007_
Date

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Tel:  (334) 206-3215
Fax: (334)  481-0814
E-Mail: rah@rsjg.com
Bar Number: ASB-7668-U79R

Attorney for Plaintiff
Colony Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2007, I served a copy of the foregoing upon the following counsel of record by placing a copy of the same in the United States Mail, postage prepaid and properly addressed upon the following:

Brian Paul Strength
Cochran, Cherry, Givens & Smith
PO Box 830419
Tuskegee, AL 36083
***Attorney for Defendant Carlos A. Ortega, Jr.***

Jock Michael Smith
Cochran, Cherry, Givens & Smith
PO Box 830419
Tuskegee, AL 36083
***Attorney for Defendant Carlos A. Ortega, Jr.***

Charles Nichols Parnell, III
Parnell & Crum, PA
PO Box 2189
Montgomery, AL 36102-2189
***Attorney for Defendant Stephen Brock***

Algert Swanson Agricola, Jr.
Slaten & O'Connor, PC
PO Box 1110
Montgomery, AL 36101-1110
***Attorney for Defendant Big Time "Wings" Sports Grill, Inc.***

Amy Hayes Naylor
Naylor & Collins PC
PO Box 470
Clanton, AL 35046
***Attorney for Defendant Charles W. Goggins***

Emily C. Marks
Ball Ball Matthews & Novak PA
PO Box 2148
Montgomery, AL 36102-2148
***Attorney for Defendant Charles W. Goggins***

Of Counsel