AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

COLONY INSURANCE COMPANY

V.

BIG TIME "WING" SPORTS GRILL, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV680 - MEF

TO: (Name and address of Defendant)

BIG TIME "WINGS" SPORTS GRILL, INC.
c/o Charles W. Goggins
200 Town Mart
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              7/27/07
CLERK                                         DATE

(By) DEPUTY CLERK

◎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

COLONY INSURANCE COMPANY

V.

BIG TIME "WING" SPORTS GRILL, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv 680 -MEF

TO: (Name and address of Defendant)

STEPHEN BROCK
212 AIRPORT ROAD
CLANTON, ALABAMA  35045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK _____    DATE   7/27/07

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

COLONY INSURANCE COMPANY

V.

BIG TIME "WING" SPORTS GRILL, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv680-MEF

TO: (Name and address of Defendant)

CHARLES W. GOGGINS
200 Town Mart
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 7/27/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

COLONY INSURANCE COMPANY

V.

BIG TIME "WING" SPORTS GRILL, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 cv 680 -MEF

TO: (Name and address of Defendant)

CARLOS A. ORTEGA, JR.
688 Selma Highway
Prattville, Alabama 36067

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 7/27/07