**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carlos A. Ortega, Jr.
   688 Selma Highway
   Prattville, Alabama 36067

2. Article Number
   (Transfer from service label)

   7003 1010 0000 9902 1160

   ...11 August 2001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                                 ☐ Agent
                                                 ☐ Addressee

B. Received by ( Printed Name )          C. Date of Delivery
   Andy Ortega                           JUL 30 2007
                                         PRATTVILLE AL 36066

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:07CV680
   SRC

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Domestic Return Receipt                102595-02-M-1540