IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COLONY INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 2:07cv680-MEF |
| ) | |
| **CARLOS A. ORTEGA, JR.; STEPHEN** ) | |
| **BROCK; BIG TIME "WINGS" SPORTS** ) | |
| **GRILL, INC.; and CHARLES W. GOGGINS,** ) | |
| ) | |
| **Defendants.** ) | |

### SEPARATE DEFENDANT BIG TIME "WINGS" SPORTS GRILL'S ANSWER TO COLONY INSURANCE COMPANY'S COMPLAINT FOR DECLARATORY RELIEF

Comes now separate Defendant Big Time "Wings" Sports Grill (hereinafter "BTWSG"), by and through the undersigned counsel, and in response to Colony Insurance Company's Complaint for Declaratory Relief, states and answers as follows:

### Parties and Venue

1. BTWSG admits the averments of this paragraph.

2. BTWSG admits the averments of this paragraph, and further admits that its corporate organization was dissolved in April 2006.

3. Based on best information and belief, BTWSG admits the averments of this paragraph.

4. BTWSG admits the averments of this paragraph.

5. Based on best information and belief, BTWSG admits the averments of this

paragraph.

6. BTWSG admits the averments of this paragraph.

7. BTWSG denies the averments of this paragraph and demands strict proof thereof.

## Jurisdiction

8. BTWSG admits that 28 U.S.C. §1332's diversity requirements are satisfied. BTWSG denies the remaining averments of this paragraph, including the amount-in-controversy averments, and demands strict proof thereof.

## The Underlying Lawsuit

9. The underlying lawsuit is a document which speaks for itself. BTWSG admits that Carlos Ortega's June 14, 2007 amended complaint raises claims of (1) excessive force, (2) unreasonable seizure, (3) assault, and (4) battery against the defendants therein, and seeks compensatory and punitive damages. Colony denies the remaining averments of this paragraph and demands strict proof thereof.

## The Colony Policy

10. The Colony policy is a document which speaks for itself. BTWSG admits that Colony's complaint for declaratory relief accurately states the text of the relevant portions of the Assault and Battery exclusion of the Colony policy.

11. The Colony policy is a document which speaks for itself. BTWSG admits the Colony policy contains a Liquor Liability Coverage Form.

12. The Colony policy is a document which speaks for itself. BTWSG denies that the passage contained in Colony's complaint for declaratory relief accurately states the text

of the relevant portions of the "expected or intended" exclusion of the Colony policy.

### Justiciable Controversy

13. BTWSG denies the averments of this paragraph and demands strict proof thereof.

### Prayer for Relief

BTWSG denies that Colony is entitled to the relief sought in its Prayer for Relief and demands strict proof thereof.

### AFFIRMATIVE DEFENSES

Alternatively, and without waiving the foregoing, BTWSG states and answers as follows:

1. BTWSG pleads improper venue and lack of jurisdiction.

2. BTWSG pleads that the $75,000 amount-in-controversy requirement is not met.

3. BTWSG pleads waiver and estoppel.

4. BTWSG pleads ambiguity of the insurance contract.

5. BTWSG pleads that this declaratory action is premature, inasmuch as additional pleadings, discovery, and factual determinations in the underlying lawsuit will materially affect coverage under the Colony policy.

6. BTWSG pleads that this Court should decline to exercise jurisdiction over this case, since permissive intervention in the underlying lawsuit is a more appropriate mechanism for testing coverage in this case.

7. BTWSG pleads that this case is due to be stayed pending resolution of the underlying lawsuit.

8.  BTWSG pleads that Colony is guilty of anticipatory repudiation and renunciation.

9.  BTWSG reserves the right to interpose additional defenses as factual development occurs in this case.

Respectfully submitted this the 14th day of August, 2007.

/s/ ALGERT S. AGRICOLA
**ALGERT S. AGRICOLA** (ALA. ID AGR001)
**JASON J. BAIRD** (ALA. ID BAI035)
**ATTORNEYS FOR DEFENDANT**
**BIG TIME "WINGS" SPORTS GRILL**

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
aagricola@slatenlaw.com
jbaird@slatenlaw.com

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:06cv00555-MEF |
| ) | |
| RONSHABUS GRIFFIN; SOUL INN, INC.; ) | |
| and HPC ENTERTAINMENT GROUP, INC.,) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 14th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice upon the following CM-ECF system participants:

Robert A. Huffaker, Esq,
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101-0270
rah@rsjg.com
*Counsel for Colony Insurance Company*


Respectfully submitted,

/s/ ALGERT S. AGRICOLA
Algert S. Agricola, Jr. (Ala. ID AGR001)
Jason J. Baird (Ala. ID BAI035)

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
aagricola@slatenlaw.com
jbaird@slatenlaw.com

F:\Gen Litigation\Colony Group\Big Time wings Sports Grill, Inc\Declaratory Pleadings\AnswerDeclaratoryAction.wpd