IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:07cv680-MEF |
| | ) |
| CARLOS A. ORTEGA, JR.; STEPHEN BROCK; BIG TIME "WINGS" SPORTS GRILL, INC.; and CHARLES W. GOGGINS, | ) ) ) ) |
| Defendants. | ) |

### F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT

PURSUANT TO F.R.C.P. 7.1, Defendant Big Time "Wings" Sports Grill, Inc. (hereinafter "BTWSG") herewith states that it has no parent corporation.

The following are publicly-held corporations holding 10% or more of Big Time's stock: There are no such corporations.

Respectfully submitted this the 14th day of August, 2007.

/s/ ALGERT S. AGRICOLA
ALGERT S. AGRICOLA (ALA. ID AGR001)
JASON J. BAIRD (ALA. ID BAI035)
ATTORNEYS FOR DEFENDANT
BIG TIME "WINGS" SPORTS GRILL

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
aagricola@slatenlaw.com
jbaird@slatenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **COLONY INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 3:06cv00555-MEF |
| ) | |
| **RONSHABUS GRIFFIN; SOUL INN, INC.;** ) | |
| **and HPC ENTERTAINMENT GROUP, INC.,**) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice upon the following CM-ECF system participants:

Robert A. Huffaker, Esq,
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101-0270
rah@rsjg.com
*Counsel for Colony Insurance Company*

> Respectfully submitted,
>
> /s/ ALGERT S. AGRICOLA
> Algert S. Agricola, Jr. (Ala. ID AGR001)
> Jason J. Baird (Ala. ID BAI035)

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
aagricola@slatenlaw.com
jbaird@slatenlaw.com

F:\Gen Litigation\Colony Group\Big Time wings Sports Grill, Inc\Declaratory Pleadings\CorporateDisclosure.wpd