IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:07cv680-MEF |
| ) | |
| CARLOS A. ORTEGA, JR.; STEPHEN ) | |
| BROCK; BIG TIME "WINGS" SPORTS ) | |
| GRILL, INC.; and CHARLES W. GOGGINS ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Algert S. Agricola, Jr., Esquire, of Slaten & O'Connor, P.C., and hereby enters his appearance as additional counsel of record for the Defendant, Big Time "Wings" Sports Grill, in the above-styled matter. The undersigned hereby requests that all future pleadings, motions, orders, and other filings of any type or kind also be served upon the undersigned at the address specified below.

Respectfully submitted this the 14th day of August, 2007.

/s/ ALGERT S. AGRICOLA
**ALGERT S. AGRICOLA** (ALA. ID AGR001)
**ATTORNEY FOR DEFENDANT**
**BIG TIME "WINGS" SPORTS GRILL**

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
aagricola@slatenlaw.com
jbaird@slatenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:07cv680-MEF |
| ) | |
| CARLOS A. ORTEGA, JR.; STEPHEN ) | |
| BROCK; BIG TIME "WINGS" SPORTS ) | |
| GRILL, INC.; and CHARLES W. GOGGINS) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice upon the following CM-ECF system participants:

Robert A. Huffaker, Esq,
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101-0270
rah@rsjg.com
*Counsel for Colony Insurance Company*

                                            Respectfully submitted,

                                            /s/ ALGERT S. AGRICOLA
                                            Algert S. Agricola, Jr. (Ala. ID AGR001)

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
aagricola@slatenlaw.com
jbaird@slatenlaw.com

F:\Gen Litigation\Colony Group\Big Time wings Sports Grill, Inc\Declaratory Pleadings\NOA-ASA.wpd