IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-680-MEF |
| | ) |
| BIG TIME "WINGS" SPORTS GRILL, INC., *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

### **O R D E R**

Upon consideration of the defendant's Motion to Substitute Pleadings (Doc. #9) on August 14, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 17th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE