AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

COLONY INSURANCE COMPANY

Alias

**SUMMONS IN A CIVIL ACTION**

V.
BIG TIME "WING" SPORTS GRILL, INC., et al.

CASE NUMBER:   2:07-cv-680-MEF

TO: (Name and address of Defendant)

Big Time Wings Sports Grill, Inc.
c/o Charles W. Goggins
3176 County Road 47
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                    8-21-07
CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

COLONY INSURANCE COMPANY

Alias

**SUMMONS IN A CIVIL ACTION**

V.
BIG TIME "WING" SPORTS GRILL, INC., et al.

CASE NUMBER: 2:07-cv-680-MEF

TO: (Name and address of Defendant)

Mr. Charles W. Goggins
3176 County Road 47
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                8-21-07
CLERK                                           DATE

(By) DEPUTY CLERK