IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **Colony Insurance Company,**        * | |
|                                  * | |
|          **Plaintiff,**                 * | |
| vs.                                      * | CASE NO.: 2:07cv680-MEF |
|                                  * | |
| **Big Time "Wings" Sports Grill, Inc, , et al.,**    * | |
|                                  * | |
|          **Defendants.**       * | |

### ANSWER AND JURY DEMAND

Carlos A. Ortega, Jr. files this anser and states:

### First Defense

1. Paragraph one is admitted.

2. Paragraph two is admitted.

3. Paragraph three is admitted.

4. Paragraph four is admitted.

5. Paragraph five is admitted.

6. Paragraph six is admitted.

7. Paragraph seven is admitted.

8. Paragraph eight is admitted,

9. Paragraph nine is admitted.

10. This Defendant has insufficient information to either admit or deny the material allegations in paragraph ten and, therefore, denies the same and demands strict proof thereof.

11. This Defendant has insufficient information to either admit or deny the material allegations in paragraph eleven and, therefore, denies the same and demands strict proof thereof.

12. This Defendant has insufficient information to either admit or deny the material allegations in paragraph twelve and, therefore, denies the same and demands strict proof thereof.

13. This Defendant denies the material allegations in paragraph thirteen.

14. The prayer for relief requires no response, but to the extent one is deemed required, this Defendant denies the same and demands strict proof thereof.

## Second Defense

This Defendant avers that the Plaintiff's Complaint fails to state a cause of action against him.

## Third Defense

This Defendant denies each and every material allegation in the Plaintiff's Complaint to the extent not admitted above, and demands strict proof of each claim or allegation not expressly admitted.

## Fourth Defense

This Defendant pleads the general issue.

## Fifth Defense

This Defendant expressly reserves the right to amend this Answer should any further defenses become available.

**THIS DEFENDANT DEMANDS A TRIAL BY STRUCK JURY**

Respectfully submitted,


/s/ Brian P. Strength
**BRIAN P. STRENGTH (STR052)**
Attorney for Carlos A. Ortega, Jr.


OF COUNSEL:
**Brian P. Strength**
COCHRAN, CHERRY, GIVENS
& SMITH
Post Office Box 830419
Tuskegee, Alabama 36083
Tel: (334) 727-0060
Fax: (334) 727-7197


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel listed below by placing electronic notification on this the 23day of August, 2007.


Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101-0270


Algert S. Agricola
Jason J. Baird
Slaten & O'Connor, P.C.
Winter Loeb Building
105 Tallapoosa Street
Suite 101
Montgomery, AL 36104


/s/ Brian P. Strength
**OF COUNSEL**