**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **COLONY INSURANCE COMPANY,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Case No. 2:07-cv-680-MEF |
| | * | |
| **BIG TIME "WINGS" SPORTS** | * | |
| **GRILL, INC., d/b/a BIGTIME** | * | |
| **WINGZ SPORTS GRILL,** | * | |
| **STEPHEN BROCK, CHARLES** | * | |
| **W. GOGGINS and CARLOS A.** | * | |
| **ORTEGA, JR.,** | * | |
| | * | |
| **Defendants.** | * | |

**NOTICE OF APPEARANCE**

COMES NOW Bethany L. Bolger of the law firm Rushton, Stakely, Johnston & Garrett, P.A., and hereby gives the Court and parties notice of her appearance as additional counsel on behalf of Colony Insurance Company.

>    */s/ Bethany L. Bolger*_____
>    Robert A. Huffaker (ASB-7668-U79R)
>    Bethany L. Bolger (ASB-6740-E60B)
>    Attorneys for Plaintiff,
>    Colony Insurance Company

OF COUNSEL:
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Tel:  (334) 206-3215
Fax: (334) 481-0814
E-Mail: rah@rsjg.com
         bbolger@rsjg.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed and served through CMECF a copy of the foregoing upon the following counsel of record on this the 21st day of November 2007:

Jock Michael Smith
Brian Paul Strength
Cochran, Cherry, Givens & Smith
PO Box 830419
Tuskegee, AL 36083

Algert Swanson Agricola, Jr.
Jason J. Baird
Slaten & O'Connor, PC
PO Box 1110
Montgomery, AL 36101-1110

Charles Nichols Parnell, III
Parnell & Crum, PA
PO Box 2189
Montgomery, AL 36102-2189

Amy Hayes Naylor
Naylor & Collins PC
PO Box 470
Clanton, AL 35046

Emily C. Marks
Ball Ball Matthews & Novak PA
PO Box 2148
Montgomery, AL 36102-2148

Charles W. Goggins
3176 County Road 47
Clanton, AL  35045

Stephen Brock
212 Airport Road
Clanton, AL  35045

                                              */s/ Bethany L. Bolger*_____
                                              Of Counsel