**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **COLONY INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **BIG TIME "WINGS" SPORTS GRILL,** | ) | **CASE NO. 2:07-cv-680-MEF** |
| **INC., d/b/a BIGTIME WINGZ** | ) | |
| **SPORTS GRILL, STEPHEN BROCK,** | ) | |
| **CHARLES W. GOGGINS and** | ) | |
| **CARLOS A. ORTEGA, JR.,** | ) | |
| | ) | |
| **Defendants,** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

     COMES NOW Carlos A. Ortega, Jr., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

     __X__ This party is an individual, or

     ____ This party is a governmental entity, or

     ____ There are no entities to be reported, or

     ____ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                      Relationship to Party

_____      _____

_____      _____

_____      _____

|  |  |
|---|---|
| 12/11/07 | /s/ Brian P. Strength |
| Date | Brian P. Strength |
|  | Counsel for Defendant, Carlos A. Ortega, Jr. |
|  | Cochran, Cherry, Givens & Smith, P.C. |
|  | 306 North Main St. |
|  | Tuskegee, AL 36083 |
|  | Ph: (334) 727-0060 |

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing upon counsel listed below by electronic notification, on this the 11th day of December, 2007;

Robert A. Huffaker
Bethany L. Bolger
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Algert Swanson Agricola, Jr.
Jason J. Baird
Slaten & O'Connor, PC
PO Box 1110
Montgomery, AL 36101-1110

Charles Nichols Parnell, III
Parnell & Crum, PA
PO Box 2189
Montgomery, AL 36102-2189

Amy Hayes Naylor
Naylor & Collins PC
PO Box 470
Clanton, AL 35046

Emily C. Marks
Ball Ball Matthews & Novak PA
PO Box 2148
Montgomery, AL 36102-2148

Charles W. Goggins
3176 County Road 47
Clanton, AL 35045

Stephen Brock
212 Airport Road
Clanton, AL 35045

              /s/ Brian P. Strength

OF COUNSEL