IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 2:07-cv 680 - MAF |
| STEPHEN BROCK; BIG TIME "WINGS" SPORTS GRILL, INC.; CHARLES W. GOGGINS; etc., et al. | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW the undersigned counsel Jason J. Baird, and herewith files this Motion For Leave To Withdraw as counsel for Defendant, Big Time "Wings" Sports Grill, Inc., in the above-styled case, and as grounds therefore, would show unto this Court as follow:

1.  This file has been transferred to separate counsel Algert S. Agricola.

2.  Agricola has or will shortly file a Notice of Change of Firm Affiliation and Address in this action.

WHEREFORE, for the above stated reasons, the undersigned counsel files this Motion for Leave to Withdraw as counsel for Defendant, Big Time "Wings" Sports Grill, Inc., in the above-styled action.

Respectfully submitted this 26th day of February, 2008.

/s/ Jason J. Baird
**JASON J. BAIRD (ASB BAI035, 9955-D67J)**
Counsel for Defendant Big Time "Wings"
Sports Grill, Inc.

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 Phone
(334) 396-8880 Fax
jbaird@slatenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert A. Huffaker, Esq,
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P.O. Box 270
Montgomery, AL 36101-0270


Al Agricola, Esq.
RYALS, PLUMMER, DONALDSON, AGRICOLA & SMITH, P.C.
60 Commerce Street, Suite 1400
Montgomery, AL 36104


/s/ Jason J. Baird
**OF COUNSEL**

F:\Gen Litigation\Colony Group\Big Time wings Sports Grill, Inc\Declaratory Pleadings\MTW - JJB.wpd