IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **COLONY INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **BIG TIME "WINGS" SPORTS GRILL,** ) | **CASE NO. 2:07-cv-680-MEF** |
| **INC., d/b/a BIGTIME WINGZ** ) | |
| **SPORTS GRILL, STEPHEN BROCK,** ) | |
| **CHARLES W. GOGGINS and** ) | |
| **CARLOS A. ORTEGA, JR.,** ) | |
| ) | |
| **Defendants,** ) | |

MOTION TO WITHDRAW

Brian P. Strength files this motion to withdraw as counsel of record for Carlos A. Ortega, Jr. The undersigned is no longer associated with the law firm of Cochran, Cherry, Givens & Smith, P.C. Mr. Ortega will continue to be represented by Jock Smith and Valerie Russell.

                      Respectfully submitted,

                      /s/ Brian P. Strength
                      Brian P. Strength (STR052)
                      Attorney for Plaintiffs

**OF COUNSEL:**
Brian P. Strength
Attorney At law
P.O. Box 830810
Tuskegee, Alabama 36083
Tel: (334) 750-0157
Fax: (334) 727-0000

CERTIFICATE OF SERVICE

      I hereby certify that on this date a copy of the above and foregoing pleading has been served upon the following listed persons by electronic notification this the 26th day of February, 2008:

Robert A. Huffaker
Bethany L. Bolger
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Algert Swanson Agricola, Jr.
Jason J. Baird
Slaten & O'Connor, PC
PO Box 1110
Montgomery, AL 36101-1110

Charles Nichols Parnell, III
Parnell & Crum, PA
PO Box 2189
Montgomery, AL 36102-2189

Amy Hayes Naylor
Naylor & Collins PC
PO Box 470
Clanton, AL 35046

Emily C. Marks
Ball Ball Matthews & Novak PA
PO Box 2148
Montgomery, AL 36102-2148

Charles W. Goggins
3176 County Road 47
Clanton, AL 35045

Stephen Brock
212 Airport Road
Clanton, AL 35045

                                            /s/ Brian P. Strength
                                            OF COUNSEL