IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-680-MEF |
| | ) | |
| BIG TIME "WINGS" SPORTS GILLS, | ) | |
| INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Motions to Withdraw as Attorney (Doc. #22 & #23) filed on February 26, 2008, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 28th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE