## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **Colony Insurance Company,** | * | |
| | * | |
| **Plaintiff,** | * | |
| vs. | * | **CASE NO.: 2:07cv680-MEF** |
| | * | |
| **Big Time "Wings" Sports Grill, Inc, , et al.,** | * | |
| | * | |
| **Defendants.** | * | |

### NOTICE OF APPEARANCE

      Jock M. Smith and Valerie R. Russell give this notice of appearance for Carlos A. Ortega, Jr.

                                            Respectfully submitted,

                                            /s/ Valerie Rucker Russell
                                            VALERIE RUCKER RUSSELL (RUS038)
                                            JOCK M. SMITH (SMI047)
                                            Attorney for Carlos A. Ortega, Jr.

OF COUNSEL:

COCHRAN, CHERRY, GIVENS
& SMITH
Post Office Box 830419
Tuskegee, Alabama 36083
Tel: (334) 727-0060
Fax: (334) 727-7197

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon counsel listed below by electronic notification on this the 27th day of February, 2008.

Robert A. Huffaker
Bethany L. Bolger
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Jason J. Baird
Slaten & O'Connor, PC
PO Box 1110
Montgomery, AL 36101-1110

Algert Swanson Agricola, Jr.
Ryals, Plummer, Donaldson, Agricola & Smith, P. C.
60 Commerce St Ste 1400
Montgomery , AL 36104-3562

                                /s/ Valerie Rucker Russell
                                **OF COUNSEL**