IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BIG TIME "WINGS" SPORTS GILLS, )<br>INC., *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:07-cv-680-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Summary Judgment (Doc. #26) filed on March 10, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on April 1, 2008.

It is further ORDERED that the defendants file a response which shall include a brief and any evidentiary materials on or before March 25, 2008. The plaintiff may file a reply brief on or before April 1, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 11th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE